SABRINA L. SHADI, SBN 205405
CHRISTOPHER M. HABASHY, SBN 280725
JENNIFER F. DELAROSA, SBN 312110
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:        *sshadi@bakerlaw.com*
              *jdelarosa@bakerlaw.com*
              *chabashy@bakerlaw.com*

*Attorneys for Defendant*
WYNDHAM VACATION OWNERSHIP, INC.

D. AARON BROCK, SBN 241919
JESSE STRATOS, SBN 313429
**BROCK & GONZALES, LLP**
6701 Center Drive West, Ste. 610
Los Angeles, CA  90045
Telephone:   (310) 294-9595
Facsimile:    (310) 961-3673
Email*:*        *ab@brockgonzales.com*
               *js@brockgonzales.com*

*Attorneys for Plaintiff* VICKY FIEGENER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY FIEGENER, an individual, | Case No. 3:21-cv-01518-DMS-MDD |
| *Plaintiff,* | *[Hon. Dana M. Sabraw; Magistrate Judge Mitchell D. Dembin]* |
| v. | **ORDER RE: JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER** |
| WYNDHAM VACATION OWNERSHIP, INC., a Florida corporation, and DOES 1-50, Inclusive, | |
| *Defendants.* | |
| | Action Removed:  August 27, 2021<br>Complaint Filed: July 14, 2021 |

# ORDER

Upon review of the Parties' Joint Stipulation and Request to Amend Scheduling Order, and good cause shown, it is hereby ordered that the case deadlines in the above-entitled matter shall be continued as follows:

| Matter | Prior Deadlines | Parties' Request | New Deadlines |
|---|---|---|---|
| Discovery Cutoff (Including Expert Discovery) | 3/7/2022 | 7/4/2022 | 7/4/2022 |
| Deadline to lodge Confidential Settlement Brief | 3/15/2022 | 7/12/2022 | 7/12/2022 |
| Mandatory Settlement Conference | 3/22/2022 | 7/19/2022 | 7/19/2022 at 9:30 a.m. |
| Deadline to File Pretrial Motions | 4/6/2022 | 8/3/2022 | 8/3/2022 |
| Deadline to File Memoranda of Contentions of Fact and Law | 7/15/2022 | 11/11/2022 | 11/11/2022 |
| Deadline to comply with Pretrial Disclosure Requirements of Fed. R. Civ. P. 26(a)(3) | 7/15/2022 | 11/11/2022 | 11/11/2022 |
| Deadline to comply with Local Rule 16.1(f)(4) | 7/22/2022 | 11/18/2022 | 11/18/2022 |
| Deadline for Plaintiff's counsel to provide defense counsel with Proposed Pretrial Order | 7/29/2022 | 11/25/2022 | 11/25/2022 |

1

| Matter | Prior Deadlines | Parties' Request | New Deadlines |
|---|---|---|---|
| Deadline to lodge Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures | 8/5/2022 | 12/2/2022 | 12/2/2022 |
| Final Pretrial Conference | 8/12/2022 | 12/9/2022 | 12/9/2022 at 10:30 a.m. |
| Trial | 9/12/2022 | 1/9/2023 | 1/9/2023 at 9:00 a.m. |

IT SO ORDERED.

Dated: February 10, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On February 9, 2022, I served a copy of the within document(s):

**[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill in the care and custody of **Golden State Overnight**, and causing the envelope to be delivered to a **Golden State Overnight** agent for delivery on the next business day.

☐ by placing document(s) listed above in the care and custody of Ace Attorney Services for personal delivery to the person(s) at the address(es) set forth below. Proof of service to be filed after completion of service.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

D. Aaron Brock, Esq.                    *Attorneys for Plaintiff*
Jesse Stratos, Esq.                     *VICKY FIEGENER*
**BROCK & GONZALES, LLP**
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
*Email: ab@brockgonzales.com*
       *js@brockgonzales.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on February 9, 2022, at Los Angeles, California.

  */s/ Denise Walker*
  Denise Walker

4840-3018-0859

Baker & Hostetler LLP
Attorneys at Law
Los Angeles